1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Glenn Bowers,  Individually and On
Behalf of Others Similarly Situated,

Plaintiff,

v.

SANDISK CORPORATION, SANJAY
MEHROTRA and JUDY BRUNER,

Defendants.

Case No. _____

**CLASS ACTION COMPLAINT**

JURY TRIAL DEMANDED

CLASS ACTION COMPLAINT

Plaintiff, Glenn Bowers ("Plaintiff"), alleges the following based upon the investigation of Plaintiff's counsel, which included, among other things, a review of defendants' public documents, conference calls and announcements, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding SanDisk Corporation ("SanDisk" or the "Company") and securities analysts' reports and advisories about the Company. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a federal class action on behalf of purchasers of the securities of SanDisk, who purchased or otherwise acquired SanDisk's securities between October 16, 2014 and March 25, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      SanDisk designs, develops and manufactures "data storage solutions." The Company's products include solid state drives, embedded products, removable cards, universal serial bus ("USB") drives, wireless media drives, and digital media players.

3.      On January 12, 2015, SanDisk provided preliminary revenue results for its fiscal fourth quarter. The Company estimated that, for the quarter, its total revenue would be "approximately $1.73 billion, lower than the previously forecasted revenue range of $1.80 billion to $1.85 billion." According to the Company, the lower revenue result was "primarily due to weaker than expected sales of retail and iNAND products."

Following this news, shares of the Company's stock declined $13.47 per share, or over 13.8%, to close on January 12, 2015 at $83.57 per share.

4.    On January 21, 2015, the Company reported its fiscal fourth quarter financial results.  For the quarter, the Company reported revenue of $1.74 billion. Commenting on the quarterly results, SanDisk's Chief Executive Officer ("CEO") stated: "We are disappointed with our fourth quarter results, which were impacted primarily by supply constraints. We believe that NAND flash industry fundamentals are healthy, and we expect our financial results to improve as we move through 2015."

5.    On March 26, 2015, the Company announced that it expected to report revenue for the fiscal first quarter of "approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion."   In discussing its revenue estimation for the quarter, the Company stated that "[t]he change in first quarter revenue estimate is primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business. The Company expects continued impact to its 2015 financial results from these factors as well as the previously identified supply challenges, and now forecasts 2015 revenue to be lower than the previous guidance."   Additionally, the Company withdrew its financial forecasts for the quarter and the remainder of the year.   Following this news, shares of the Company's stock declined an additional $14.98 per share, or over 18.4%, to close on March 26, 2015 at $66.20 per share.

6.    The Complaint alleges that, throughout the Class Period, defendants failed to disclose material adverse facts about the Company's financial well-being, business

relationships, and prospects.  Specifically, defendants failed to disclose or indicate the following: (1) the Company was experiencing production delays with certain of its products; (2) the Company was experiencing lower than expected sales; (3) the Company was suffering from a lower pricing environment in certain business areas; and (4) as a result of the foregoing, the defendants' statements about the Company's financial wellbeing and future business prospects were lacking in a reasonable basis when made.

7.     As a result of defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class Members suffered damages.

## JURISDICTION AND VENUE

8.     The claims asserted herein arise under and pursuant Sections 10(b) and 20(a) of the Exchange Act, (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

9.     This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

10.     Venue is proper in this District pursuant to pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b).  Many of the acts and transactions alleged herein, including the preparation and dissemination of materially

false and misleading information, occurred in substantial part in this District. Additionally, SanDisk's executive offices are located within this District.

11.     In connection with the acts, conduct and other wrongs alleged in this Complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce.

## PARTIES

12.     Plaintiff, Glenn Bowers, as set forth in the accompanying certification, incorporated by reference herein, purchased SanDisk securities at artificially inflated prices during the Class Period and has been damaged thereby.

13.     Defendant SanDisk is a Delaware corporation with its principal executive offices located at 951 SanDisk Drive, Milpitas, California.

14.     Defendant Sanjay Mehrotra ("Mehrotra") was, at all relevant times, the Company's President and Chief Executive Officer ("CEO").

15.     Defendant Judy Bruner ("Bruner") was, at all relevant times, the Company's Chief Financial Officer ("CFO").

16.     Defendants Mehrotra and Bruner are collectively referred to hereinafter as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

17.     SanDisk designs, develops and manufactures "data storage solutions." The Company's products include solid state drives, embedded products, removable cards, USB drives, wireless media drives, and digital media players.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

18.     On October 16, 2014, the Company issued a press release entitled "SanDisk Announces Third Quarter 2014 Results."   The press release stated, in relevant part:

> SanDisk Corporation (NASDAQ: SNDK), a global leader in flash storage solutions, today announced results for the third quarter ended September 28, 2014. Third quarter revenue of $1.75 billion increased 7 percent on a year-over-year basis and increased 7 percent sequentially.
>
> *       *       *
>
> "Third quarter results reflect the strength of our diversified product portfolio, broad customer engagements and solid execution," said Sanjay Mehrotra, president and chief executive officer. "Demand for NAND flash continues to be strong across mobile, client and enterprise, where SanDisk's innovations are creating significant opportunities.  As we focus on closing a record 2014, we also look forward to building upon our success in 2015."

19.     Also on October 16, 2014, the Company held an earnings conference call with investors.  During the conference call defendant Mehrotra stated, among other things: "We also began shipment of our 1Y nanometer X2 SSDs and qualification efforts for our 1Y nanometer X3 SSDs are underway with multiple OEM customers."

20.     Additionally, during the October 16, 2014 conference call defendant Bruner stated: "Our fourth-quarter revenue forecast is $1.8 billion to $1.85 billion. . . . In summary, we expect that 2014 will be another record year in both revenue and earnings."

21.     On November 3, 2014, the Company filed its Quarterly Report with the SEC on Form 10-Q.  The Company's Form 10-Q was signed by defendant Bruner, and reaffirmed the Company's financial results previously announced on October 16, 2014.

Additionally, the Form 10-Q contained Sarbanes-Oxley required certifications signed by the Individual Defendants.

22.    The statements contained in ¶¶ 18 – 21 were materially false and misleading when made because defendants failed to disclose or indicate the following: (1) the Company was experiencing production delays with certain of its products; (2) the Company was experiencing lower than expected sales; (3) the Company was suffering from a lower pricing environment in certain business areas; and (4) as a result of the foregoing, the defendants' statements about the Company's financial wellbeing and future business prospects were lacking in a reasonable basis when made.

## THE TRUTH BEGINS TO EMERGE

23.    The defendants' scheme was revealed through a serious of partial corrective disclosures beginning in January 2015 and ending in March 2015. Specifically, on January 12, 2015, the Company issued a press release entitled "SanDisk Provides Business Update and Sets January 21 to Discuss Fourth Quarter Financial Results."  Therein, the Company stated, in relevant part:

> SanDisk Corporation (NASDAQ:SNDK), a global leader in flash storage solutions, today provided preliminary revenue results for its fourth fiscal quarter ended December 28, 2014. The company estimates total revenue to be approximately $1.73 billion, lower than the previously forecasted revenue range of $1.80 billion to $1.85 billion. The lower revenue was primarily due to weaker than expected sales of retail and iNAND products. Non-GAAP gross margin for the fourth fiscal quarter is expected to be approximately 45% compared to the previously guided range of 47% to 49%.

> On Wednesday, January 21, 2015, SanDisk will publish its fourth quarter fiscal 2014 financial results press release via business wire after the close

CLASS ACTION COMPLAINT

of market, and will hold its earnings conference call at 2 p.m., Pacific time.

24.  Following this news, shares of the Company's stock declined $13.47 per share, or over 13.8%, to close on January 12, 2015 at $83.57 per share. Although this disclosure partially corrected defendants' misstatements and omissions, the full scope of the scheme remained concealed.

25.  On January 21, 2015, the Company issued a press release entitled "SanDisk Announces Fourth Quarter and Fiscal 2014 Results." Therein, the Company stated, in relevant part:

> SanDisk Corporation (NASDAQ: SNDK), a global leader in flash storage solutions, today announced results for the fourth quarter and fiscal year ended December 28, 2014. Fourth quarter revenue of $1.74 billion was slightly higher on a year-over-year basis and decreased 1 percent sequentially. Total revenue for fiscal 2014 was a record $6.63 billion, a 7 percent increase from $6.17 billion in fiscal 2013.
>
> On a GAAP basis, fourth quarter net income was $202 million, or $0.86 per share, compared to net income of $338 million, or $1.45 per share, in the fourth quarter of fiscal 2013 and $263 million, or $1.09 per share, in the third quarter of fiscal 2014. Net income for fiscal 2014 was $1.01 billion, or $4.23 per share, compared to $1.04 billion, or $4.34 per share, in fiscal 2013.
>
> *       *       *
>
> "We delivered record revenue in 2014 with continued progress in shifting our portfolio towards high value solutions," said Sanjay Mehrotra, president and chief executive officer of SanDisk. "Our SSD solutions reached 29 percent of revenue in 2014, with strong growth from both client and enterprise SSDs. We are disappointed with our fourth quarter results, which were impacted primarily by supply constraints. We believe

that NAND flash industry fundamentals are healthy, and we expect our financial results to improve as we move through 2015."

26.    Also on January 21, 2015, the Company held an earnings conference call with investors.  During the conference call defendant Mehrotra stated, among other things: "With our OEM customers, we expanded our presence further with our 1Y nanometer X2 SSDs. Corporate adoption of our client SSDs continues to accelerate, driven by an increasing attach rate of SSDs in notebooks. I'm pleased to note that qualification for our 1Y nanometer X3 SSDs is nearing completion with multiple OEM customers."

27.    Additionally, during the January 21, 2015 conference call defendant Bruner stated:

> Turning to our expectations for 2015, we will be rebuilding our inventory buffers in order to meet the needs of our customers and accommodate normal variability in product demand. In order to restore our inventory health, we believe 2015 revenue bit growth can be no more than 30%, inclusive of non-captive inventory, in comparison to our expected captive supply bit growth at the high end of the anticipated industry growth of 35% to 40%.

> As Sanjay described, we expect our client SSD revenue to decline due to a large customer moving away from our solution. The key product areas where we expect revenue growth in 2015 are enterprise and embedded solutions.

> In total, we expect our revenue to experience a year-on-year decline in both the first and second quarters and return to year-on-year growth in the second half of 2015. Our first quarter revenue forecast is $1.4 billion to $1.45 billion, and our 2015 revenue forecast is $6.5 billion to $6.8 billion.

> *        *        *

> We expect full-year 2015 revenue to be similar to slightly higher than in 2014, driven by growth in enterprise and embedded solutions revenue.

8
CLASS ACTION COMPLAINT

We expect to deliver healthy profit margins and be solidly within our target financial model of 25% to 30% non-GAAP operating margin by the second half of the year. We intend to spend at least 100% of our 2015 free cash flow on our capital return program this year. We will now take your questions.

28. The statements contained in ¶¶ 25 – 27 were materially false and misleading when made for the same reasons as those detailed in ¶ 22, *supra*.

29. Then, on March 26, 2015, the Company issued a press release entitled "SanDisk Provides Business Update." Therein, the Company disclosed:

SanDisk Corporation (NASDAQ:SNDK), a global leader in flash storage solutions, today announced that it expects its revenue for the first fiscal quarter, which will end on March 29, 2015, to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion.

The change in first quarter revenue estimate is primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business. The Company expects continued impact to its 2015 financial results from these factors as well as the previously identified supply challenges, and now forecasts 2015 revenue to be lower than the previous guidance.

Other forecasts for the quarter and the year are withdrawn, and the Company will provide an update during its first quarter earnings call on April 15, 2015. SanDisk will also reschedule its previously announced May 2015 Investor Day to a later date.

"We are disappointed with our financial outlook," said Sanjay Mehrotra, president and chief executive officer, SanDisk. "We will work through these headwinds, leveraging our compelling product roadmap and broadening customer base. We believe our growth prospects remain

strong and we are encouraged by the progress we are making in our 3D NAND technology."

30.    Following this news, shares of the Company's stock declined an additional $14.98 per share, or over 18.4%, to close on March 26, 2015 at $66.20 per share.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

31.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased SanDisk securities during the Class Period (the "Class").   Excluded from the Class are defendants, directors and officers of SanDisk and their families and affiliates.

32.    The members of the Class are so numerous that joinder of all members is impracticable.  The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  According to the Company's Form 10-K filed with the SEC on Feb 10, 2015, SanDisk had over 213 million shares of stock outstanding (as of January 30, 2015), owned by thousands of persons.

33.    There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the

Class which predominate over questions which may affect individual Class members include:

      (a)     Whether the Securities Exchange Act was violated by defendants;

      (b)     Whether defendants omitted and/or misrepresented material facts;

      (c)     Whether defendants' statements omitted material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;

      (d)     Whether defendants knew or recklessly disregarded that their statements were false and misleading;

      (e)     Whether the prices of SanDisk securities were artificially inflated; and

      (f)     The extent of damage sustained by Class members and the appropriate measure of damages.

34.    Plaintiff's claims are typical of those of the Class because plaintiff and the Class sustained damages from defendants' wrongful conduct.

35.    Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation.  Plaintiff has no interests which conflict with those of the Class.

36.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## LOSS CAUSATION

37.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.  The price of SanDisk's

securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.  As a result of their purchases of SanDisk securities during the Class Period, plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

## SCIENTER ALLEGATIONS

38.    During the Class Period, the defendants had both the motive and opportunity to commit fraud.  They also had actual knowledge of the misleading nature of the statements they made or acted in reckless disregard of the true information known to them at the time.  In so doing, the defendants participated in a scheme to defraud and committed acts, practices and participated in a course of business that operated as a fraud or deceit on purchasers of SanDisk's securities during the Class Period.

39.    Additionally, during the Class Period, and with the Company's securities trading at artificially inflated prices, Company insiders sold 138,153 shares of their

personally held or controlled SanDisk stock for gross proceeds of over $12.4 million. This trading by Company insiders during the Class Period is detailed as follows:

| Date of Trade | Insider | # Shares | Price per Share | Gross Proceeds |
|---|---|---|---|---|
| 2/27/2015 | Yehoshua Nir | 9,571 | $79.01 - $80.37 | $763,000 |
| 2/22/2015 | Sumit Sadana | 400 | $82.63 | $33,052 |
| 2/22/2015 | Yehoshua Nir | 400 | $82.63 | $33,052 |
| 2/22/2015 | Judy Bruner | 1,693 | $82.63 | $139,892 |
| 2/22/2015 | Donald Robertson, Jr. | 255 | $82.63 | $21,070 |
| 2/22/2015 | Sanjay Mehrotra | 1,710 | $82.63 | $141,297 |
| 2/18/2015 | Yehoshua Nir | 969 | $81.94 | $79,399 |
| 2/18/2015 | Donald Robertson, Jr. | 344 | $81.94 | $28,187 |
| 2/18/2015 | Sumit Sadana | 1,154 | $81.94 | $94,558 |
| 2/18/2015 | Sanjay Mehrotra | 8,077 | $81.94 | $661,829 |
| 2/18/2015 | Judy Bruner | 2,258 | $81.94 | $185,020 |
| 2/18/2015 | Srinivasan Sivaram | 400 | $81.94 | $32,776 |
| 2/17/2015 | Donald Robertson, Jr. | 333 | $82.20 | $27,372 |
| 2/17/2015 | Sumit Sadana | 1,138 | $82.20 | $93,543 |
| 2/17/2015 | Sanjay Mehrotra | 6,413 | $82.20 | $527,148 |
| 2/17/2015 | Yehoshua Nir | 546 | $82.20 | $44,881 |
| 2/17/2015 | Judy Bruner | 1,503 | $82.20 | $123,546 |
| 2/15/2015 | Sanjay Mehrotra | 8,017 | $82.81 | $663,887 |
| 2/15/2015 | Donald Robertson, Jr. | 393 | $82.81 | $32,544 |
| 2/15/2015 | Sumit Sadana | 1,154 | $82.81 | $95,562 |
| 2/15/2015 | Judy Bruner | 1,594 | $82.81 | $131,999 |
| 2/15/2015 | Yehoshua Nir | 987 | $82.81 | $81,733 |
| 2/2/2015 | Judy Bruner | 6,806 | $76.06 - $76.07 | $518,000 |
| 1/3/2015 | Sanjay Mehrotra | 6,268 | $97.88 | $613,511 |
| 12/9/2014 | Sanjay Mehrotra | 24,844 | $104.23 | $2,589,490 |
| 11/25/2014 | Yehoshua Nir | 4,331 | $102.92 | $445,746 |
| 11/19/2014 | Sumit Sadana | 2,999 | $98.31 | $294,831 |
| 11/19/2014 | Steven Gomo | 1,356 | $98.29 | $133,281 |
| 11/18/2014 | Sumit Sadana | 4,688 | $100 | $468,800 |
| 11/17/2014 | Catherine Lego | 2,500 | $96.20 | $240,500 |
| 11/3/2014 | Catherine Lego | 2,500 | $94.78 | $236,950 |
| 10/30/2014 | Michael Marks | 20,000 | $90.08 | $1,801,600 |
| 10/23/2014 | Donald Robertson, Jr. | 3,245 | $88.55 | $287,344 |
| 10/20/2014 | Judy Bruner | 6,807 | $84.43 | $574,715 |
| 10/20/2014 | Catherine Lego | 2,500 | $84.41 | $211,025 |

CLASS ACTION COMPLAINT

| Totals: | | 138,153 | | $12,451,140 |
|---------|--|---------|--|-------------|

## Applicability of Presumption of Reliance:

## <u>Fraud on the Market Doctrine</u>

40.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

     (a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

     (b)     The omissions and misrepresentations were material;

     (c)     The Company's securities traded in an efficient market;

     (d)     The misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

     (e)     Plaintiff and other members of the Class purchased SanDisk securities between the time defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

41.     At all relevant times, the market for SanDisk securities was efficient for the following reasons, among others: (a) as a regulated issuer, SanDisk filed periodic public reports with the SEC; and (b) SanDisk regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through

other wide-ranging public disclosures, such as communications with the financial press, securities analysts and other similar reporting services.

## NO SAFE HARBOR

42.     Defendants' verbal "Safe Harbor" warnings accompanying its oral forward-looking statements ("FLS") issued during the Class Period were ineffective to shield those statements from liability.

43.     The defendants are also liable for any false or misleading FLS pleaded because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of SanDisk who knew that the FLS was false.   None of the historic or present tense statements made by defendants were assumptions underlying or relating to any plan, projection or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made

by defendants expressly related to or stated to be dependent on those historic or present tense statements when made.

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5
### Promulgated Thereunder Against All Defendants

44.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

45.    During the Class Period, SanDisk and the Individual Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase SanDisk securities at artificially inflated prices.    In furtherance of this unlawful scheme, plan and course of conduct, these defendants, and each of them, took the actions set forth herein.

46.    SanDisk and the Individual Defendants: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for SanDisk securities in violation of Section 10(b) of the Exchange Act

and Rule 10b-5.   These defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons.

## SECOND CLAIM

### Violation of Section 20(a) of

### The Exchange Act Against the Individual Defendants

47.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

48.     The Individual Defendants acted as controlling persons of SanDisk within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

49.     In particular, each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore are presumed

to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

50.   As set forth above, SanDisk and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of these defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

(a)   Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)   Awarding compensatory damages and equitable relief in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of defendants'

CLASS ACTION COMPLAINT

wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: May 6, 2015                                   Respectfully submitted,

BRODSKY & SMITH, LLC

*s/ Evan J. Smith*
Evan J. Smith, Esquire
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
877-534-2590
310-247-0160 (fax)
esmith@brodsky-smith.com

CLASS ACTION COMPLAINT

## PLAINTIFF'S CERTIFICATION

I, (Mr./Ms.) *Glenn Bowers* , ("Plaintiff") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in *SNDK* of securities during the Class Period specified in the Complaint are as follows (use additional sheet if necessary):

| Date | # of Shares Purchased | | # of Shares Sold | | Price |
|------|------------------------|--|------------------|--|-------|
| 11/6/14 | 58 | 95.4419 ea. | 4/17/15   58 | | 65.1267 ea. |

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed as follows:]

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of April , 2015.

Sign Name: *John E Bower*
Print Name: *Glenn Bowers*