UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENTON GLORE,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDISK CORP., et al.,<br><br>    Defendants. | Case No. 15-cv-01455-VC<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE, APPOINT LEAD PLAINTIFFS, AND APPOINT COUNSEL** |
| GLENN BOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDISK CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02050-BLF  (VC) |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDISK CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02358-VC |

      The motions to consolidate cases 15-cv-01455-VC, 15-cv-02050-BLF, and 15-cv-02358-VC are granted. The lead case will be 15-cv-1455-VC. The Court appoints the plaintiffs in Case No. 15-cv-02358-VC as the lead plaintiffs, for the reasons stated on the record at the hearing on

1  the motion. The Court appoints Motley Rice LLC as lead counsel for the class and Robbins Gellar

2  Rudman & Dowd LLP as liaison counsel.

3  **IT IS SO ORDERED.**

4  Dated: July 14, 2015



_____
VINCE CHHABRIA
United States District Judge