UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOWERS,<br><br>   Plaintiff,<br><br>  v.<br><br>SANDISK CORPORATION, et al.,<br><br>   Defendants. | Case No. 15-cv-02050-VC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

  In light of the settlement in the lead case, *see* Judgment ¶ 9, No. 15-cv-1455-VC, Dkt. No. 285, this member case is dismissed with prejudice.

  **IT IS SO ORDERED.**

Dated: November 5, 2019

VINCE CHHABRIA
United States District Judge